

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. WR-94,079-01
NO. WR-94,119-01

**IN RE STARR SMITH, Relator**
**IN RE KOLTON HODGES, Relator**

**ON PETITIONS FOR WRITS OF PROHIBITION**
**TRIAL CAUSE NO. 1626189 IN THE 183RD DISTRICT COURT**
**TRIAL CAUSE NO. 1565223 IN THE 179TH DISTRICT COURT**
**FROM HARRIS COUNTY**

*Per curiam.*

## O R D E R

Relators, through respective counsel, have filed motions for leave to file petitions for writs of prohibition under this Court's original jurisdiction. Both Relators contend that Harris County officials have unlawfully created a district court and have transferred their cases from a legitimate district court created by the Legislature to an illegitimate district court created by the Harris County Commissioners Court and the Harris County District Court Judges.

Respondents, the Harris County Commissioners Court and the Harris County District Court Judges, are invited to provide this Court with a response to Relators' claims. The response may be provided by the Harris County Attorney's Office, representatives of which have already filed in this

Court notices of appearance in these cases. Any response shall be filed with this Court within thirty

(30) days of the date of this order.

Filed: October 5, 2022
Do not publish